PASSAIC CONSOLIDATED WATER COMPANY, RESPOND-
ENT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS,
APPELLANT.

Argued February 16, 1928—Decided April 13, 1928.

For the respondent, *Osborne, Cornish & Scheck.*

For the appellant, *John O. Bigelow.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, MINTURN, LLOYD, HETFIELD, JJ.   6.

*For reversal*—BLACK, CAMPBELL, VAN BUSKIRK, KAYS,
DEAR, JJ.   5.

WILBUR D. SPEECE, RESPONDENT, v. J. ANTHONY DEL
VECCHIO, APPELLANT.

Argued February 14, 1928—Decided May 14, 1928.

For the respondent, *Carlton Godfrey* and *William I. Gar-
rison.*

For the appellant, *William Elmer Brown, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, MINTURN, KALISCH, KATZENBACH, CAMPBELL, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. PETER McCARTHY ET AL., PLAINTIFFS IN ERROR.

Submitted February 17, 1928—Decided May 14, 1928.

For the defendant in error, *Joseph L. Smith.*

For the plaintiffs in error, *Irving Siegler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, MINTURN, KALISCH, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.